IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00924-RMR-NRN

JANE DOE,

Plaintiff,

v.

JEFFERSON COUNTY PUBLIC SCHOOLS,
TODD ENGLES,
SCOTT CHRISTY,
DEREK HOLLIDAY,
KEVIN CHESTER,
KRISTIN MOULTON, and
ERIC EBLING, in his individual capacity,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the Joint Motion to Amend the Scheduling Order to Extend Discovery and Related Deadlines (ECF No. 67) is GRANTED. The Scheduling Order (ECF No. 39) is AMENDED to extend the discovery cut-off up to and including September 1, 2025.

Date: April 2, 2025