IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00924-RMR-NRN

JANE DOE,

     Plaintiff,

v.

JEFFERSON COUNTY  PUBLIC SCHOOLS,
TODD ENGLES,
SCOTT CHRISTY,
DEREK HOLLIDAY,
ERIC EBLING,
KEVIN CHESTER, and,
KRISTIN MOULTON,

     Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL

---

Mary B. Gray, Esq., pursuant to D.C.COLO.LAttyR 5(b), hereby files her motion to withdraw as counsel, as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(A), conferral is not required for motions to withdraw under D.C.COLO.LAttyR 5(b).

2. An attorney may withdraw from a case upon a showing of good cause and service of the withdrawal notice on all counsel of record and the represented party. *See* D.C.COLO.LAttyR 5(b).

3. Good cause exists for withdrawal from the case because, beginning on March 1, 2026, Ms. Gray will no longer be affiliated with the firm of Semple, Farrington,

Everall and Case, P.C.. Thus, she seeks to withdraw as counsel for Defendants in this action.

4.    Ms. Gray's withdrawal will not have a material adverse effect on Defendants or the case, as Holly E. Ortiz will continue her representation of Defendants.

5.    Ms. Gray certifies that a copy of this motion has been served on Defendants, via electronic email.

WHEREFORE, Mary B. Gray, Esq., respectfully requests that this Court enter an order granting her motion to withdraw and further requests that all service lists, including service by electronic means, be modified to remove her from such lists.

Respectfully submitted this 27th day of February, 2026.

SEMPLE, FARRINGTON,
EVERALL & CASE, P.C.

By: _s/ *Mary B. Gray*_____
       Mary B. Gray
       1120 Lincoln Street, Suite 1308
       Denver, CO 80203
       (303) 595-0941
       mgray@semplelaw.com

*Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of February, 2026, a correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL** was filed and served via CM/ECF on the following:

Igor Raykin, Esq.
Michael Nolt, Esq
Kishinevsky and Raykin, LLC
2581 S. Parker Rd., Ste. 150
Aurora, CO 80014
igor@coloradolawteam.com
michael@coloradolawteam.com

*Attorneys for Plaintiff*

By:    *s/ Jessica Lefford*