IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00924-RMR-NRN

JANE DOE,

Plaintiff,

v.

JEFFERSON COUNTY PUBLIC SCHOOLS,
TODD ENGLES,
SCOTT CHRISTY,
DEREK HOLLIDAY,
ERIC EBLING,
KEVIN CHESTER, and
KRISTIN MOULTON,

Defendants.

_____

MINUTE ORDER

_____

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Mary B. Gray, Esq.'s Motion to Withdraw as Counsel (ECF No. 84) is GRANTED.

Date: February 27, 2026